# **EXHIBIT A**

Warren E. Gluck, Esq.
Marie E. Larsen, Esq.
David W. Wirt (*Pro Hac Vice* Pending)
Jessica Magee (*Pro Hac Vice* Pending)
Shardul Desai (*Pro Hac Vice* Pending)
HOLLAND & KNIGHT LLP
31 W. 52nd Street
New York, NY 10019
Telephone:  212-513-3200
Fax: 212-385-9010
Warren.Gluck@hklaw.com
Marie.Larsen@hklaw.com
David.Wirt@hklaw.com
Jessica.Magee@hklaw.com
Shardul.Desai@hklaw.com

*Counsel for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| FTX DIGITAL MARKETS LTD. (in Provisional Liquidation) | Case No. 22-_____(___) |
| Debtor in a Foreign Proceeding.[1] | |

**ORDER SHORTENING NOTICE PERIOD FOR EMERGENCY HEARING ON (I) MOTION FOR PROVISIONAL RELIEF PURSUANT TO 11 U.S.C. §§ 105(a), 1519, AND 1521 AND (II) MOTION FOR ORDER SPECIFYING <u>FORM AND MANNER OF NOTICE</u>**

---

[1] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

1

Upon the motion (the "**Motion to Shorten**")[2] of Brian C. Simms, Kevin G Cambridge, and Peter Greaves ("**Joint Provisional Liquidators**"), in their capacity as the duly appointed joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd. ("**FTX Digital**" or the "**Debtor**"), the Debtor in the above-captioned chapter 15 proceeding with respect to a provisional liquidation in the Commonwealth of The Bahamas (the "**Bahamian Liquidation**") pursuant to the Companies (Winding Up Amendment) Act 2011 (the "**CWUA Act**"), seeking entry of an Order shortening the notice periods for an emergency hearing (the "**Emergency Hearing**") on the (i) *Emergency Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 105(a), 1519, and 1521* (the "**Provisional Relief Motion**"), and (ii) *Motion for Order Specifying Form and Manner of Notice* (the "**Notice Motion**" and, collectively with the Provisional Relief Motion, the "**Motions**"), and setting the time and date for the Emergency Hearing for _____ ____, ____ at __:__ _.m. (prevailing Eastern Time) or as soon thereafter as the Court may hear the Motions; and upon this Court's review and consideration of the Motion to Shorten, the Verified Petition and the accompanying Declarations of (i) Brian C. Simms, dated November 15, 2022 (the "**Simms Declarations**") and the exhibits thereto, and (ii) Sophia T. Rolle-Kapousouzoglou, dated November 15, 2022 (the "**STR Declaration**"), and the exhibits thereto (collectively, the "**Declarations**"); and this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue being proper before this Court pursuant to 28 U.S.C. § 1410(1) and (3); and appropriate, sufficient, and timely notice of the filing of the Motion to Shorten having been given; and the Court having found and determined that the relief sought in the Motion to Shorten

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2

#180504069_v2

is in the best interest of the Debtor and all parties in interest, and is in the interest of international comity and not inconsistent with United States policy, and that the legal and factual basis set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in the Motion to Shorten is **GRANTED** as set forth herein.

2. The Court shall consider the Motions at an Emergency Hearing on _____ ____, ____, at __:__ _.m. (prevailing Eastern Time).

3. All objections or other responses to the Motions may be made orally at the Emergency Hearing.

4. On _____ ____, 2022 the Joint Provisional Liquidators shall serve a copy of this Order by email, facsimile transmission, or overnight mail, to: (i) the United States Trustee for the Southern District of New York; (ii) the Debtor; (iii) all persons or bodies authorized to administer foreign proceedings of the Debtor; (iv) all entities and persons against whom provisional relief is sought pursuant to section 1519 of the Bankruptcy Code; (v) all parties to litigation pending in the United States to which the Debtor is a party at the time of the filing of the Petition; and (vi) all parties that have filed a notice of appearance in this chapter 15 case. Under the circumstances, no other or further notice is necessary.

Dated: _____, 2022
      New York, New York

 

                                             United States Bankruptcy Judge
                                             Southern District of New York