# Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 15 |
| | Case No. 22-_____(___) |
| FTX DIGITAL MARKETS LTD. (in Provisional Liquidation) | |
| Debtor in a Foreign Proceeding.[1] | |

---

### ORDER SCHEDULING RECOGNITION HEARING AND SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE

Upon the *Motion for Order (A) Scheduling Hearing on Petition For Recognition of Foreign Main Proceeding and (B) Specifying Form and Manner of Service of Notice* (the "**Motion**") filed on November 15, 2022 by petitioners Brian C. Simms, Kevin G Cambridge, and Peter Greaves ("**Joint Provisional Liquidators**"), in their capacities as the duly appointed joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd. ("**FTX Digital**" or the "**Debtor**"), the Debtor in the above-captioned chapter 15 proceeding with respect to a provisional liquidation in the Commonwealth of The Bahamas (the "**Bahamian Liquidation**") pursuant to the Companies (Winding Up Amendment) Act 2011 (the "**CWUA Act**"), the Court having reviewed the Motion, the Official Form Petition and the *Verified Petition for Recognition of Foreign Insolvency Proceedings and Related Relief* (the "**Verified Petition**," and, together with the Official Form Petition, the "**Petition**"),[2] and all documents filed in support of the Petition, and the Court having determined (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

---

[1] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.
[2] Capitalized terms not otherwise defined herein have the meanings ascribed in the Motion or the Petition.

7

157 and 1334 and section 1501 of the Bankruptcy Code; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iii) venue is proper in this district pursuant to 28 U.S.C. § 1410, and after due deliberation and good and sufficient cause appearing for the relief requested in the Motion,

**NOW, THEREFORE, IT IS HEREBY ORDERED as follows:**

1. The Motion is **GRANTED**.

2. The form of the Notice attached as **Exhibit B** to the Motion is **APPROVED**.

3. If any party files a notice of appearance in this case, the Joint Provisional Liquidators shall serve the Service Documents upon such party within ten (10) business days of the filing of such notice of appearance if such documents have not already been served on such party (or its counsel).

4. Service of the Service Documents in accordance with this Order is **APPROVED** as adequate and sufficient notice and service of the Service Documents on all interested parties.

5. All Service Documents (the "**Responses**") must be made in accordance with the Bankruptcy Code, the Local Rules of this Court, the Bankruptcy Rules, and the form of the Notice attached as **Exhibit B** to the Motion, in writing describing the basis therefor, for which Responses must be filed with the Office of the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, and served upon counsel for the Joint Provisional Liquidators so as to be received on or before _____, ____, 2022, ___:___ _.m. Eastern Standard Time. Notices to counsel for the Joint Provisional Liquidators should be addressed to **Warren E. Gluck, Esq.**, Holland & Knight LLP, 31 West 52nd Street, New York, NY 10019.

6. All notice requirements set forth in section 1514(c) of the Bankruptcy Code are hereby waived.

7. Bankruptcy Rule 1010 does not apply to a petition seeking recognition of a foreign main proceeding and, accordingly, the summons requirement in Bankruptcy Rules 1010(a) and 1011(b) are inapplicable.

8. A hearing on the Petition is scheduled before the Honorable _____ on _____ __, 2022, at __:__.m., in Room _____ of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408.

9. This Court shall retain jurisdiction with respect to any and all matters arising out of or relating to the interpretation or implementation of this Order.

Dated: _____, 2022  
New York, New York

                                              United States Bankruptcy Judge  
                                              United States Bankruptcy Court  
                                              Southern District of New York