Warren E. Gluck, Esq.
Marie E. Larsen, Esq.
David W. Wirt (*Pro Hac Vice* Pending)
Jessica Magee (*Pro Hac Vice* Pending)
Shardul Desai (*Pro Hac Vice* Pending)
HOLLAND & KNIGHT LLP
31 W. 52nd Street
New York, NY 10019
Telephone:  212-513-3200
Fax: 212-385-9010
Warren.Gluck@hklaw.com
Marie.Larsen@hklaw.com
David.Wirt@hklaw.com
Jessica.Magee@hklaw.com
Shardul.Desai@hklaw.com

*Counsel for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| | Case No. 22-11516-MEW |
| FTX DIGITAL MARKETS LTD. (in Provisional Liquidation) | |
| Debtor in a Foreign Proceeding.[1] | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tye C. Hancock, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent Brian C. Simms, Kevin G. Cambridge, and Peter Greaves (the "**Joint Provisional Liquidators**"), in their capacities as the duly appointed joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd. ("**FTX Digital**" or the "**Debtor**"), the Debtor in the above-captioned chapter 15 proceeding with respect to a provisional liquidation in

---

[1] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

the Commonwealth of The Bahamas (the "**Bahamian Liquidation**") pursuant to the Companies (Winding Up Amendment) Act 2011 (the "**CWUA Act**").

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bar of the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, as well as the Fifth Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 17, 2022
     New York, New York      HOLLAND & KNIGHT LLP

     /s/ Tye C. Hancock
     Warren E. Gluck, Esq.
     Marie E. Larsen, Esq.
     David W. Wirt (*Pro Hac Vice* Pending)
     Jessica Magee (*Pro Hac Vice* Pending)
     Shardul Desai (*Pro Hac Vice* Pending)
     HOLLAND & KNIGHT LLP
     31 W. 52nd Street
     New York, NY 10019
     Telephone: 212-513-3200
     Fax: 212-385-9010
     Warren.Gluck@hklaw.com
     Marie.Larsen@hklaw.com
     David.Wirt@hklaw.com
     Jessica.Magee@hklaw.com
     Shardul.Desai@hklaw.com

     *Counsel for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*