**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brett L. Bakemeyer

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (*pro hac vice* pending)
Richard S. Kebrdle (*pro hac vice* pending)

*Attorneys for the Joint Provisional Liquidators of*
*FTX Digital Markets Ltd. (In Provisional Liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Case No. 22-11516 (MEW) |
| FTX Digital Markets Ltd., | ) |
| | ) |
| Debtor in a Foreign Proceeding.[1] | ) Chapter 15 |
| | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned attorneys appear in this chapter 15 case on behalf of Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd. (the "**JPLs**"), and

---

[1] FTX Digital Markets LTD. a company incorporated in the Commonwealth of the Bahamas operating as a digital assets business under the Digital Assets and Registered Exchanges Act, 2020, with registration number 207269B

submit this Notice of Appearance and Request for Notice and Service of Papers. The undersigned request that all notices given or required to be given of all hearings and conferences and all papers and pleadings served or required to be served in this matter be delivered and served upon the JPLs at the addresses set forth below:

> **WHITE & CASE LLP**
> 1221 Avenue of the Americas
> New York, New York 10020-1095
> (212) 819-8200
> Jessica C. Lauria
> J. Christopher Shore
> Brian D. Pfeiffer
> Mark Franke
> Brett L. Bakemeyer
> jessica.lauria@whitecase.com
> cshore@whitecase.com
> brian.pfeiffer@whitecase.com
> mark.franke@whitecase.com
> brett.bakemeyer@whitecase.com
>
> Southeast Financial Center
> 200 South Biscayne Blvd., Suite 4900
> Miami, Florida 33131
> (305) 371-2700
> Thomas E Lauria
> Richard S. Kebrdle
> tlauria@whitecase.com
> rkebrdle@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii) a waiver of the JPLs' rights (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which the JPLs are or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments the JPLs expressly reserve.

Dated: November 21, 2022
New York, New York

Respectfully submitted,

**WHITE & CASE LLP**

By: /s/ *Jessica C. Lauria*
    Jessica C. Lauria

1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brett L. Bakemeyer
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brett.bakemeyer@whitecase.com

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (*pro hac vice* pending)
Richard S. Kebrdle (*pro hac vice* pending)
tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)*