**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brett L. Bakemeyer

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (*pro hac vice* pending)
Richard S. Kebrdle (*pro hac vice* pending)

*Attorneys for the Joint Provisional Liquidators of*
*FTX Digital Markets LTD. (In Provisional Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 22-11516 (MEW) |
| FTX Digital Markets Ltd. | |
| Debtor in a Foreign Proceeding.[1] | Chapter 15 |

### NOTICE OF CANCELATION OF HEARING

**PLEASE TAKE NOTICE** that on November 15, 2022, Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint provisional liquidators and foreign representatives (the "**JPLs**") of FTX Digital Markets Ltd. ("**FDM**") filed a chapter 15 petition commencing the above-captioned case (the "**Chapter 15 Case**") and the *Verified Petition for Recognition of Foreign Insolvency Proceeding and Related Relief* (the "**Verified Petition**") which was set for a telephonic hearing on December 13, 2022 at 10 a.m. (prevailing Eastern Time);

---

[1] FTX Digital Markets LTD. a company incorporated in the Commonwealth of The Bahamas operating as a digital assets business under the Digital Assets and Registered Exchanges Act, 2020, with registration number 207269B.

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2022, the JPLs also filed the *Emergency Motion For Provisional Relief Pursuant to 11 U.S.C. §§ 105(a), 1519, and 1521* (the "**Provisional Relief Motion**") which was set for a hearing on November 28, 2022 at 11:00 a.m. (prevailing Eastern Time);

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2022, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "**Chapter 11 Debtors**") filed an emergency motion for entry of an order transferring the Chapter 15 Case to the United States Bankruptcy Court for the District of Delaware (the "**Delaware Court**");

**PLEASE TAKE FURTHER NOTICE** that on November 21, 2022, the Delaware Court entered an *Agreed Order Transferring Venue* of the Chapter 15 Case to the Delaware Court;

**PLEASE TAKE FURTHER NOTICE** that therefore the hearings on the Provisional Relief Motion scheduled for November 28, 2022 at 11:00 a.m. (prevailing Eastern Time) and the Verified Petition scheduled for December 13, 2022 at 10:00 a.m. (prevailing Eastern Time) have been **canceled**.

Dated: November 25, 2022
New York, New York

Respectfully submitted,

/s/ *Jessica C. Lauria*

**WHITE & CASE LLP**

Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brett L. Bakemeyer
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brett.bakemeyer@whitecase.com

Thomas E Lauria (*pro hac vice* pending)
Richard S. Kebrdle (*pro hac vice* pending)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation).*